# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re: ) Chapter 13 Case No.:   17 - 52679 - amk
)
Brandi Monique Daniels )
) Judge Alan M. Koschik
)
           Debtor. )      Original Chapter 13 Plan
)   X Third Amended Chapter 13 Plan 6/22/18
)   X See Paragraph Twelve for Special Provisions

*************************************************************************************

**ATTENTION CREDITORS - YOUR RIGHTS MAY BE AFFECTED.**

The purpose of this plan is to organize how claims are proposed to be paid and allow users of the plan to easily review the plan for specific items and treatment under the plan.  Creditors must exercise their own judgment in deciding whether to accept or oppose the plan.  Creditors should read this plan carefully and discuss it with their attorney. Anyone who wishes to oppose any provision of this plan must file with the Court a timely written objection. This plan may be confirmed and become binding without further notice or hearing unless a timely written objection is filed. **Creditors must file a proof of claim with the Court in order to receive distributions under this plan. Absent an objection by the Debtor(s) or other party in interest, the Trustee shall pay claims as filed. Secured claims must have proof of security attached. Creditors claiming a right to interest should state the interest rate on the front page of the proof of claim.**

Plan is being amended: (1) to remove Summit County Fiscal Officer from paragraph 4(b). Creditor was inadvertently scheduled in paragraph 4(b) and was properly scheduled in paragraph 10, and to decrease the monthly plan payment..

## 1. PLAN PAYMENTS

Within 30 days of the filing of this bankruptcy case, the Debtor or Debtors (hereinafter "Debtor") shall commence making monthly plan payments (the "Monthly Plan Payment") pursuant to 11 U.S.C. §1326(a)(1), as follows:

    A. To the Chapter 13 Trustee (hereinafter "Trustee"): $504.00  per month, payable in
       monthly   semi-monthly   **X bi-weekly**   weekly     installments of $ 232.62

    __X__  The Debtor is employed by Third Federal Savings & Loan, 7007 Broadway Avenue, Cleveland, OH  44105
        and debtor shall make payment by payroll deduction.

    _____  The Debtor is self-employed and shall make payments to the Trustee by cashier check or money order.

    _____  The Debtor is retired and/or has (source of income) and shall make payments to the Trustee by check or money order.

**TAX REFUNDS**
The Debtor(s) further proposes to devote all annual income tax refunds greater than $1,500 (Fifteen Hundred Dollars), excluding child care, educational, and earned income credits to the repayment of creditors under this plan. Tax Refunds are in addition to the monthly plan payment and the Trustee is authorized to adjust the unsecured dividend based on the turnover of any future tax refunds.

**TEMPORARY SUSPENTION OF PLAN PAYMENTS**
Upon application by the Debtor(s), and for good cause shown, the Court may consider and may grant a temporary suspension of plan payments without hearing or notice. A suspension of plan payments, if approved by the Court, will not

reduce the total amount of repayment creditors are to receive under the plan. The Debtor(s) agree that should a pay suspension be approved, the suspended payments shall be added to the end of the plan and must be made in order for the Debtor(s) to earn a discharge. The Debtor(s) may extend the duration of their plan in order to make up the suspended payments. Creditors entitled to interest shall their interest continue to accrue during any suspension period. Debtor(s) shall not suspend their plan payments to a level which prohibits conduit mortgage payments from being paid.

## 2. ADEQUATE PROTECTION PAYMENTS PRIOR TO CONFIRMATION

Concurrent with the filing of this plan, the Debtor has filed an agreed entry with the Trustee authorizing the Trustee to make adequate protection payments to the following creditors. Pursuant to 11 USC Section 102, creditors shall have 20 days to review the agreed entry for adequate protection payments and file an objection if the creditor opposes the adequate protection payment.

| Creditor | Collateral | Acc't # | Address | Amount |
|---|---|---|---|---|
| NONE | | | | |

## 3. ORDER OF DISTRIBUTION

After confirmation of this plan, funds available for distribution will be paid monthly by the Trustee in the following order: (i) Trustee's authorized percentage fee and/or administrative expenses; (ii) attorney fees as allowed under applicable rules and guidelines; (iii) monthly payments as provided for in Paragraphs 4, 5 and 6; (iv) priority domestic support obligation claims pursuant to 11 U.S.C. §507(a)(1); (v) other priority unsecured claims pursuant to 11 U.S.C. §507(a); and (vi) general unsecured claims. If the Trustee has received insufficient funds from the Debtor to make the monthly payment to secured creditors, the Trustee may use best efforts to pay secured creditors from the funds on deposit with the Trustee on the date of distribution. Should the Debtor's plan payments result in the completion of payments to unsecured and priority creditors while leaving a balance owing to secured creditors, the Trustee is authorized to remove the fixed monthly payment amounts to finish payment to secured creditors on a pro rata basis in order to expedite payment to the secured creditors.

## 4. CLAIMS SECURED BY REAL PROPERTY

### A. Conduit Mortgage payments to be Paid Through the Chapter 13 Plan

#### 1. The Debtor(s) Residence

| Creditor | Property Address | Monthly Payment |
|---|---|---|
| NONE | | |

#### 2. Other real properties with mortgage payments to be conduit through the plan:

| Creditor | Property Address | Monthly Payment |
|---|---|---|
| NONE | | |

Conduit payments shall begin for the month which the case was filed,. During the plan, conduit payments are subject to changes due to escrow, interest and other adjustments. Unless real estate taxes and insurance are included in the mortgage payments paid by the Trustee pursuant to the Plan, the Debtor shall remain responsible for paying those obligations as they become due. The creditor should file with the Court any changes in the

mortgage payment. If the mortgage payment is increased and it causes feasibility issues, the Trustee will file a motion to increase the Debtor's payments to maintain feasibility of the plan. The Trustee shall not commence monthly mortgage payments until the creditor files its Proof of Claim and the Plan is confirmed. The mortgage creditor, or any of its successor or services, shall accept the Trustee's payment as being timely made. However, debtor bears ultimate responsibility of making the monthly Chapter 13 payment timely in order for the Trustee to make the mortgage payment.. Accordingly the,debtor(s) shall ensure that the Trustee receives the payment no later than the 20th of each month so that the mortgage payment can be made. The Trustee shall not bear responsibility to the creditor should the debtor fail to make the Chapter 13 plan payment timely

### B. Mortgage Arrearages and Real Estate Tax Arrearages

Trustee shall pay the monthly payment amount to allowed claims for mortgage arrearages and real estate tax arrearages in equal monthly payments or pro rata (whichever is stated below).

| Creditor | Property Address | Estimated Arrearage Claim | Monthly Payment (Paid by Trustee) |
|---|---|---|---|
| Summit County Fiscal Officer | 322 Trigonia | $1,566.83 | $75.00 |

### C. Liens and Other Claims secured by Real Estate

| Creditor | Property Address | Amount to be Paid Through the Plan | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| NONE | | | | |

## 5. CLAIMS SECURED BY PERSONAL PROPERTY

### A. Secured Claims to be Paid Through the Plan:

Trustee shall pay the following claims in equal monthly payments.

| Creditor | Collateral Description | Claim Amount | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| Santander Financial | 2012 Kia Forte | $9,834.41 | 6.50% | $250.00 |

## 6. FEDERAL TAX LIENS SECURED BY REAL AND PERSONAL PROPERTY

| Claim Amount | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|
| NONE | | |

## 7. DOMESTIC SUPPORT OBLIGATIONS

Debtors does   do not X   have domestic support obligations pursuant to 11 U.S.C. §101(14A).

If the Debtor does have domestic support obligations:
The holder(s) of any claims for domestic support obligations pursuant to 11 U.S.C. §1302(d) are as specified below. If the holder of a claim is a minor, the name and address of the minor holder shall be disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. §112.

| Holder Name | Address of Holder (If Known) | Address of Child Enforcement Support Agency (Mandatory) |
|---|---|---|
| NONE | | |

Trustee shall pay pursuant to 11 U.S.C. §507(a)(1) on a pro-rata basis the allowed arrearage claims for domestic support obligations. Debtor shall pay all post-petition domestic support obligations as those payments ordinarily come due.

| Creditor Name | Creditor Address | Estimated Arrearage Claim |
|---|---|---|
| NONE | | |

## 8. OTHER PRIORITY CLAIMS

Trustee shall pay pursuant to 11 U.S.C. §507(a) on a pro-rata basis other allowed unsecured priority claims.

| Creditor | Claim Amount |
|---|---|
| State of Ohio | $175.53 |

## 9. GENERAL UNSECURED CLAIMS

All timely filed pre-petition undisputed non priority unsecured creditors shall receive a 100% dividend..

The Trustee is authorized to adjust the percentage dividend or dollar amount if funds other than the scheduled plan payments are received by the Trustee, unless the Court has ordered the funds distributed to secured or priority creditors. This can include, but is not limited to, the turnover of tax refunds, property sales, inheritance, or bonuses while the Chapter 13 plan is pending.

The Trustee is authorized to adjust the percentage dividend or dollar amount accordingly if any unsecured creditor returns funds to the Trustee for any reason. The returned funds will be distributed to the remaining unsecured creditors.

The Trustee is authorized to adjust the percentage dividend or dollar amount accordingly if all unsecured creditors have not filed claims by the claims bar date, and the failure of these creditors to file claims will cause the plan to complete before the Debtor(s)'s respective applicable commitment period.

Unless the Court orders otherwise, the Trustee is authorized to adjust the percentage dividend or dollar amount to that the Debtor(s) plan extends for the Debtor(s)'s full applicable commitment period.

**THE TRUSTEE IS NOT AUTHORIZED TO INCREASE PLAN PAYMENTS UNLESS THE TRUSTEE HAS FILED A MOTION PUTTING THE DEBTOR AND DEBTOR'S COUNSEL ON NOTICE AND THE COURT APPROVES THE MOTION.**

## 10. PROPERTY TO BE SURRENDERED

Debtor will surrender the following property no later than 30 days from the filing of the case unless specified otherwise in the plan. The creditor may file a claim for the deficiency and will be treated as a non-priority unsecured creditor. Any unsecured deficiency claim must be filed within 180 days from the date that the petition is filed. A deficiency claim filed beyond the 180 days must be allowed by separate order of the Court.

| Creditor | Property Description |
|---|---|
| Wood Cove III | 1344 8th Avenue, Akron, Ohio |
| Summit County Fiscal Officer | 1344 8th Avenue, Akron, Ohio |

## 11. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

All executory contracts and unexpired leases are rejected except the following, which are assumed and shall be paid directly by the Debtor to the creditor:

| Creditor | Property Description |
|---|---|
| NONE | |

## 12. POST-PETITION CLAIMS

The plan shall allow for the payment of all or a part of a post-petition claim allowed under 11 U.S.C. Sec. 1305.

## 13. SPECIAL PROVISIONS

1. Debtor owes student loans to EdSouth / GLELSI, Key Education Resource, and US Dept of Education / GLELSI. These loans extend beyond the 60 month term of debtor's plan. These loans will be paid by debtor outside of the plan. The trustee will make no distribution to these creditors from the plan payments.

/s/ *Brandi Monique Daniels*

---
Brandi Monique Daniels – Debtor

DATE: 6 / 6 / 18

Submitted,

*/s/ Mark H. Knevel*

**KNEVEL LAW CO. LPA**
Mark H. Knevel, 0029285
Attorneys for Debtor
5250 Transportation Blvd Suite 201
Garfield Heights, Ohio 44125
(216) 523 - 7800 FAX 523-7801
Email: mknevel@knevellaw.com

# CERTIFICATION OF SERVICE

I certify a true and correct copy of the Debtor's Amended Chapter 13 Plan, was served via the Court's Electronic Case Filing System as indicated below, or by Ordinary US Mail, on this the 22nd day of June, 2018:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

### Office of the United States Trustee – Region 9
**Cleveland Office of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9 at the registered United States Trustee ECF mail box @usdoj.gov, established with the bankruptcy court.

### Chapter 13 Trustee
Keith Rucinski at krucinski@ch13akron.com
Joseph A. Ferrise at jferrise@ch13akron.com

**By Ordinary US Mail**

### Debtor
**Brandi Monique Daniels**
322 Trigonia Drive
Akron, OH 44302

### Creditors
**All scheduled creditors**
(See attached clerk's mailing matrix

\

In Re: ) Chapter 13 Case No.: 17 - 52679 - amk
)
Brandi Monique Daniels )
) Judge Alan M. Koschik
)
Debtor. )

## NOTICE OF AMENDMENT TO CHAPTER 13 PLAN PRIOR TO CONFIRMATION

Debtor has filed an Amendment to his Chapter 13 Plan Prior to Confirmation, in the above captioned bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to Confirm debtor's Amended Chapter 13 Plan, or if you want the Court to consider your views on the Amendment then on or before July 13th, 2018 you or your attorney must file with the Court a written request for a hearing and a written response explaining your position at :

**US Bankruptcy Court
455 Federal Building
2 South Main Street
Akron, Ohio 44308**

You must also mail a copy to:

| Debtor(s) Attorney | Chapter 13 Trustee |
| --- | --- |
| Mark H. Knevel, Esq. | Keith L. Rucinski, |
| Knevel Law Co LPA | One Cascade Plaza, Suite 2020 |
| 5240 Transportation Blvd #201 | Akron, Ohio 44308 |
| Garfield Heights, OH 44125 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Respectfully submitted,

*/s/ Mark H. Knevel*

---
**KNEVEL LAW CO. LPA**
Mark H. Knevel, Esq. (0029285)
Attorneys for Debtor
5250 Transportation Blvd Suite 201
Garfield Heights, Ohio 44125
(216) 523-7800 FAX 523-7801
Email: mknevel@knevellaw.com

# CERTIFICATION OF SERVICE

I certify a true and correct copy of the Notice of Hearing on Debtor's Second Amended Chapter 13 Plan Prior to Confirmation, was served via the Court's Electronic Case Filing System as indicated below, or by Ordinary US Mail, on this the 22nd day of June, 2018:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

    **Office of the United States Trustee – Region 9**
        **Cleveland Office of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9 at the registered United States Trustee ECF mail box @usdoj.gov, established with the bankruptcy court.

    **Chapter 13 Trustee**
        **Keith Rucinski** at krucinski@ch13akron.com
        **Joseph A. Ferrise** at jferrise@ch13akron.com

**By Ordinary US Mail**

    **Debtor**
        **Brandi Monique Daniels**
        322 Trigonia Drive
        Akron, OH 44302

    **Creditors**
        **All Scheduled Creditors**
        (See attached Clerk of Courts Mailing Matrix)

*/s/ Mark H. Knevel*
_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorney for Debtor

```
Label Matrix for local noticing          Ohio Department of Taxation           455 John F. Seiberling Federal Building
0647-5                                    Attn: Bankruptcy Division             US Courthouse
Case 17-52679-amk                         PO Box 530                            2 South Main Street
Northern District of Ohio                 Columbus, OH 43216-0530               Akron, OH 44308-1848
Akron
Fri Jun 22 09:02:26 EDT 2018

ADT Security Systems                      Ace Cash Express                      Atlas Acquisitions LLC
c/o Tate & Kirlin Assoc                   1231 Greenway Drive                   294 Union St.
580 Middletown Blvd Ste                   Suite 700                             Hackensack, NJ 07601-4303
Langhorne, PA 19047-1827                  Irving, TX 75038-2556


BONY N.A. AS ELT FOR KEYCORP              (p)CAPITAL ONE                        Capital One
CLAIMS FILING UNIT                        PO BOX 30285                          PO Box 6492
PO BOX 8973                               SALT LAKE CITY UT 84130-0285          Carol Stream, IL 60197-6492
MADISON WI 53708-8973


City of Akron                             Clerk of Courts                       Comenity Bank - New York & Co.
Public Utilities Bureau                   Summit County Court of Common Pleas   P.O. Box 659728
146 S High Street Rm 211                  205 South High Street                 San Antonio, TX 78265-9728
Akron, OH 44308-1894                      Domestic Relations Division
                                          Akron, OH 44308-1663


Credit Collection Services                Digestive Disease Co Akron            Dominion East Ohio Gas Company 9/16
725 Canton Street                         c/o First Federal Credit Control      ATTN: Bankruptcy
Norwood, MA 02062-2679                    24700 Chagrin Blvd  Suite 205         PO Box 5759
                                          Beachwood, OH 44122-5662              Cleveland, OH 44101-0759


Donald L. Stone D.P.M.                    EAGLE LOAN CO                         EDSOUTH
3090 West Market Street                   1889 WEST MARKET ST                   CLAIMS FILING UNIT
Suite 112                                 AKRON OHIO 44313-6909                 PO BOX 8973
Akron, OH 44333-3615                                                            MADISON WI 53708-8973


Eagle Loan Co Of Ohio                     Edsouth/glelsi                        First Premier Bank
6817 Pearl Road                           Po Box 7860                           601 S Minnesota Ave
Middleburgh Heights, OH 44130-3616        Madison, WI 53707-7860                Sioux Falls, SD 57104-4868


GLHEC on behalf of Great Lakes Higher Ed Gua   Key Education Resource           Kristen M. Scalise
PO Box 8961                               P.o. Box 7860                         Fiscal Officer
Madison WI 53708-8961                     Madison, WI 53707-7860                Summit County Fiscal Office
                                                                                175 S. Main Street
                                                                                Akron, Ohio 44308-1306


LVNV Funding, LLC its successors and assigns   MERRICK BANK                     Maxlend Cash Advance
assignee of MHC Receivables, LLC          Resurgent Capital Services            P.O. Box 639
Resurgent Capital Services                PO Box 10368                          Parshall, ND 58770-0639
PO Box 10587                              Greenville, SC 29603-0368
Greenville, SC 29603-0587


Merrick Bank Corp                         Mid America Bk/total C                Midland Funding LLC
Po Box 9201                               5109 S Broadband Ln                   PO Box 2011
Old Bethpage, NY 11804-9001               Sioux Falls, SD 57108-2208            Warren, MI 48090-2011
```

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Edison
5001 NASA Blvd
Fairmont, WV 26554-8248

Ohio Edison
Attn: Bankruptcy Department
76 South Main Street
Akron, OH 44308-1817

PNC Bank
P.O. Box 747032
Pittsburgh, PA 15274-7032

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Summa Physicians, Inc.
P.O. Box 630092
Cincinnati, OH 45263-0092

Summit County Fiscal Officer
175 S. Main Street #320
Akron, OH 44308-1310

Support Services Respirator
c/o First Federal Credit Control
24700 Chagrin Blvd Suite 205
Beachwood, OH 44122-5662

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK 73124-8848

T-Mobile
c/o Enhanced Recovery Co LLC
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Transworld Systems Inc.
802 E. Martintown Road
Suite 201
North Augusta, SC 29841-5352

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Department of Education /GLELSI
Office of the United States Attorne
Carl B. Stokes United States Court
801 West Superior Avenue, Suite 400
Cleveland, OH 44113-1852

US Department of Education /GLELSI*
Direct Loan Servicing CEnter
PO Box 5609
Greenville, TX 75403-5609

US Department of Education /GLESLI
Attorney General of the United Stat
Main Justice Building
10th & Constitution Avenue, N.W.
Washington, DC 20530-0001

US Department of Education /Glelsi*
PO Box 7860
Madison, WI 53707-7860

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon Wireless
P.O. Box 4002
Acworth, GA 30101-9003

Woodcove III LLC
PO Box 7055
Beverly Hills, CA 90212-7055

Brandi Monique Daniels
322 Trigonia Drive
Akron, OH 44302-1430

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza Suite 2020
Akron, OH 44308-1160

Mark H. Knevel
Knevel Law Co. LPA
Kennard Professional Bldg.
5250 Transportation Blvd #201
Garfield Heights, OH 44125-5361

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                              Sprint
15000 Capital One Dr                     P.O. Box 4191
Richmond, VA 23238-0000                  Carol Stream, IL 60197-4191
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Woods Cove III, LLC                   End of Label Matrix
                                         Mailable recipients    56
                                         Bypassed recipients     1
                                         Total                  57
```