This document was signed electronically on June 5, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  June 5, 2019



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO: 17-52679 - amk |
| Brandi Monique Daniels | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

### ORDER GRANTING DEBTOR'S MOTION  MOTION TO PURCHASE VEHICLE AND INCUR CONSUMER DEBT

This matter came on for consideration upon Debtor's Motion to Purchase Vehicle and Incur Consumer Debt.

The Court finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Motion to Purchase Vehicle and Incur Consumer Debt, be and is hereby granted.  Debtor is authorized to purchase

a 2018 Kia for $16,953.38 at $391.36 per month for 72 months at 22.20% interest, from VanDevere

Kia, or an alternative vehicle on substantially similar terms and conditions from an alternate dealership.

###

**PREPARED AND APPROVED BY:**

/s/  Mark H. Knevel

_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel - 0029285
Attorney for Debtor
5250 Transportation Blvd  Suite 201
Garfield Heights, OH 44125
(216) 523 – 7800  FAX 523 – 7801
Email:  mknevel@knevellaw.com

APPROVED BY:
_____
Keith Rucinski, (#0063137)
**Chapter 13 Trustee**
One Cascade Plaza, Suite 2020
Akron, OH 44308
330-762-6335
330-762-7072
krucinski@ch13akron,com

# SERVICE LIST

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

    **United States Trustee for Region 9**
        **Cleveland Off ice of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9.

    **Chapter 13 Trustee**
        **Keith Rucinski** at krucinski@ch13akron.com
        **Joseph A. Ferrise** at jferrise@ch13akron.com

    **Debtors' Counsel**
        **Mark H. Knevel** at mknevel@knevel.com

**By Ordinary US Mail**

    **Debtor**
        **Brandi Monique Daniels**
        322 Trigonia Drive
        Akron, OH 44302