# United States Bankruptcy Court
# Northern District of Ohio

**Brandi Monique Daniels**         }
                                   }    Case #: 17-52679
                                   }
       Debtor         }    Judge Alan M. Koschik
                                   }
                                   }

## NOTICE OF OBJECTION TO THE PROOF OF CLAIM OF SANTANDER CONSUMER USA, INC. (CLAIM # 7-1)

    The above-mentioned Debtor has filed papers with the court to Object to the proof of claim of Santander Consumer USA, Inc. (Claim # 7-1) in the above captioned case.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before July 27th, 2020 you or your attorney must:

> File with the court a written request for a hearing (or, if the court
> requires a written response, an answer, explaining your position) at:
> Clerk of Court
> UNITED STATES BANKRUPTCY COURT
> Northern District of Ohio
> 2 South Main St., Ste. 455
> Akron, Oh 44308

You must also mail a copy to:

> Ryan J. Gerace, Esq.
> Borders & Gerace, LLC
> 529 White Pond Drive
> Akron, Ohio 44320
>
> Keith L. Rucinski, Trustee
> One Cascade Plaza Suite 2020
> Akron, Oh 44308

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may ent an order granting that relief.

Respectfully Submitted,

/s/ Ryan J. Gerace
Ryan J. Gerace (0075913)
Borders & Gerace, LLC
529 White Pond Drive
Akron, Ohio 44320
Tel (330) 983-9719
bandgakroncourtnotices@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this  25th   day of June , 2020, a true and correct copy of this NOTICE OF OBJECTION TO PROOF OF CLAIM was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Keith L. Rucinski,** for the Office of Chapter 13 Trustee, at efilings@ch13akron.com

**Office of the United States Trustee**

And by regular US Mail, Postage Paid, on this 25th   day of June , 2020 to the following parties listed below. Further, Counsel for the Debtor represents to the Court that claimant/creditor was served at the address below pursuant to Fed. R. Bankr. P. 2002(g)(1)(A):

**Debtor:**
*Brandi Monique Daniels*
*322 Trigonia Drive*
*Akron, Ohio 44302*
*(\*Served via Regular US Mail\*)*

**Creditor:**
Santander Consumer, USA, Inc.
Attn: Abel Marin
PO Box 961245
Fort Worth, TX 76161-1245
(\*served via regular US Mail\*)

    /s/ Ryan J. Gerace, Esq.
Ryan J. Gerace (0075913)