<b><u>IN THE UNITED STATED BANKRUPTCY COURT</u></b><br><b><u>FOR THE NORTHERN DISTRICT OF OHIO</u></b>

| | |
|---|---|
| | } CHAPTER 13 PROCEEDING |
| | } |
| IN RE: | } Case #: 17-52679 |
| Brandi Monique Daniels | } |
| | } Judge Alan M. Koschik |
| Debtor | } |
| | } <u>MOTION TO MODIFY</u> |
| | } <u>CONFIRMED CHAPTER</u> |
| | } <u>13 PLAN</u> |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Debtor, by and through her attorney, Ryan J. Gerace, and respectfully moves this Court to grant this Motion to Modify Confirmed Chapter 13 Plan.

The Debtor in this case filed her Chapter 13 Bankruptcy on November 7th, 2017. The Debtor filed her Chapter 13 Plan on December 7th, 2017. The Debtor filed Amended Plans on April 18th, 2018; June 6th, 2018; and June 22nd, 2018. The Debtor's Third Amended Chapter 13 Plan was confirmed on or about July 25th, 2018. The Debtor's Plan was confirmed at a payment of $ 504.00 per month, with a one hundred percent (100%) dividend to the unsecured creditors. The Debtor's commitment period in this case is thirty-six (36) months. The bar date in this case has passed for all creditors. The Chapter 13 Trustee's Office filed a Motion to Modify Chapter 13 Plan on June 13th, 2019 that increased the Debtor's Chapter 13 Plan to $ 665.00 per month.

Currently, the Debtor cannot afford her Chapter 13 Plan payments and her necessary living expenses. The Debtor is modifying her Chapter 13 Plan in the following ways. The Debtor is modifying her Chapter 13 Plan payments from $665.00 per month to $375.00 per month, effective with the June 2020 Chapter 13 Plan payment. The unsecured dividend of one hundred percent (100%) will remain the same under this modification. All other aspects of the Debtor's Confirmed Chapter 13 Plan remain the same.

The Debtor prays this Motion is granted.

Respectfully Submitted,

 /s/ Ryan J. Gerace, Esq.
Ryan J. Gerace (0075913)
Borders & Gerace, LLC
529 White Pond Drive
Akron, Ohio 44320
Tel. (330) 983-9719
BandGakroncourtnotices@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of   June  , 2020, a true and correct copy of this MOTION TO MODIFY CHAPTER 13 PLAN  was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**David T. Brady**, for Woods Cove, at DBrady@Sandhu-Law.com
**Keith L. Rucinski,** for the Office of Chapter 13 Trustee, at efilings@ch13akron.com
**Office of the United States Trustee**
**Richard P. Schroeter Jr.**, for Ohio Dept. of Taxation, at Rschroeter@amer-collect.com
**Regina M. VanVorous**, for Summit County, at rvanvorous@summitoh.net

And by regular US Mail, Postage Paid, on this 25th day of June, 2020 to the following:

***Debtor(s):***
*Brandi Monique Daniels*
*322 Trigonia Drive*
*Akron, Ohio 44302*
*(*Served via Regular US Mail*)*

**Creditors:**
(*Served via Regular US Mail*)
*Atlas Acquisitions LLC*
*294 Union St.*
*Hackensack, NJ 07601*

EAGLE LOAN CO
1889 WEST MARKET ST
AKRON OHIO 44313

GLHEC on behalf of
Great Lakes Higher Ed Guar Corp
PO Box 8961
Madison WI 53708-8961

Kristen M. Scalise
Fiscal Officer
Summit County Fiscal Office
175 S. Main Street
Akron, Ohio 44308

LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

 Ohio Edison
5001 NASA Blvd
Fairmont, WV 26554

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK 73124-8848

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

      /s/ Ryan J. Gerace, Esq.
      Ryan J. Gerace (0075913)