

**ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT**

**BY:** /s/ Stephanie Pete
**Deputy Clerk**

Dated:  12:22 PM July 22 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 PROCEEDING |
| | } | Case #: 17-52679 |
| Brandi Monique Daniels | } | Judge **ALAN M. KOSCHIK** |
| | } | |
| Debtor | } | **ORDER GRANTING DEBTOR'S** |
| | } | **MOTION TO MODIFY** |
| | } | **CONFIRMED CHAPTER 13 PLAN** |

*****************************************************************************

This cause came on to be considered on the Motion to Modify Confirmed Chapter 13 Plan  filed by the Debtor in the above captioned case.

The Court finds that the Debtor has alleged that good cause exists for granting the Motion.  The Debtor, the Trustee, and all other necessary parties were served with the Motion Notice of Motion and no party filed a response or otherwise appeared in opposition to the Motion and it appears appropriate to grant the relief requested.

**IT IS SO ORDERED** that the Motion is hereby granted.  The Debtor's Chapter 13 Plan Payment is hereby reduced from $ 665.00 to $ 375.00 commencing with the July 2020 Chapter 13 Plan Payment and until further Order of this Court.

**IT IS FURTHER ORDERED** that all other aspects of the Debtors' Confirmed Chapter 13 Plan remain the same including the fact that the Debtor's unsecured creditors will still receive a one hundred percent (100%) dividend.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee's Office will do an updated pay Order on the Debtor to reflect the new Chapter 13 Plan Payment amount.

###

Respectfully Submitted,


/s/ Ryan J. Gerace, Esq.
Ryan J. Gerace (0075913)
Borders & Gerace, LLC
529 White Pond Drive
Akron, Ohio 44320
Tel. (330) 983-9719
BandGakroncourtnotices@gmail.com

Approved By:


/s/ Keith L. Rucinski, Chapter 13 Trustee
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. #0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. #0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330-762-6335
Fax 330-762-7072
krucinski@ch13akron.com
jferrise@ch13akron.com

Service List:

**Debtor(s):**
*Brandi Monique Daniels*

*322 Trigonia Drive*

*Akron, Ohio 44302*

*(*Served via Regular US Mail*)*


**Attorney for the Debtors:**
Ryan J. Gerace, Esq.

(*Served Electronically*)


**Trustee:**
Keith L. Rucinski, Trustee
(Served electronically)

**U.S. Trustee:**
(served electronically)

**Creditors**
**(Served via US Regular Mail):**
*Atlas Acquisitions LLC*

*294 Union St.*

*Hackensack, NJ 07601*


EAGLE LOAN CO

1889 WEST MARKET ST

AKRON OHIO 44313


GLHEC on behalf of

Great Lakes Higher Ed Guar Corp

PO Box 8961

Madison WI 53708-8961

Kristen M. Scalise
Fiscal Officer
Summit County Fiscal Office
175 S. Main Street
Akron, Ohio 44308

LVNV Funding, LLC its successors and assigns as
assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

 Ohio Edison
5001 NASA Blvd
Fairmont, WV 26554

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356-0284

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK 73124-8848

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

*Creditors*
*(Served Electronically):*

**David T. Brady, Esq.**
DBrady@Sandhu-Law.com


**Richard P. Schroeter Jr.**

Rschroeter@amer-collect.com


**Regina M. VanVorous**

rvanvorous@summitoh.net